```
1  Peter A. Leeming, SBN 119124
   108 Locust Street, Suite 7
2  Santa Cruz CA 95060

3  Telephone (831) 425-8000

4  Attorney for: Defendant Lita Delara
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LITA DELARA,<br><br>Defendant | No. CR 10-0465<br><br>**STIPULATION AND [ ]<br>ORDER CONTINUING<br>SENTENCING HEARING** |

The parties stipulate, and request that the court Order, the following:

1. This matter is currently set for a sentencing hearing on June 28, 2012 at 10:00 A.M. By this stipulation, the parties are jointly requesting that the sentencing hearing be moved to July 12, 2012 at 10:00 AM.

2. Due to various factors, the probation department has not been able to complete the final PSR in this case. A brief continuance of the sentencing hearing is therefore necessary in order for the probation officer to complete the PSR in this case.

3. For the above reason, the parties jointly request that the sentencing hearing set for June 28 be vacated, and that the hearing be continued to July 12, 2012 at 10:00 AM.

Respectfully submitted,

Dated: By:_____/s/_____
 PETER A. LEEMING,
Attorney for Lita Delara


 /s/ Grant Fondo,
Grant Fondo,
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____  _____
 Hon. D. Lowell Jensen
 United States District Judge