Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant Lita Delara

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LITA DELARA,<br><br>Defendant | No. CR 10-0465<br><br>**STIPULATION AND []**<br>**ORDER EXTENDING SURRENDER**<br>**DATE** |

The parties stipulate, and request that the court Order, the following:

1. Ms. Lita Delara was sentenced to a term of ten months imprisonment on August 9, 2012. Ms. Delara is due to surrender to serve her sentence on November 6, 2012.

2. The Government has stated its intention to subpoena Ms. Delara to testify in the matter of U.S. v. Valdovinos, 11-308 DLJ for a trial scheduled to start on December 3, 2012, and is scheduled to go several weeks.

-1-

3. For the above reason, the parties jointly request that the November 6, 2012 surrender date be extended, to and including January 4, 2013.

Respectfully submitted,

Dated: By:_____/s/_____
 PETER A. LEEMING,
Attorney for Lita Delara

  /s/ Grant Fondo,
Grant Fondo,
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____    _____
 Hon. D. Lowell Jensen
 United States District Judge